ANNE C. BELES (Cal. Bar No. 200276)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
E-mail:    beleslaw@yahoo.com

Attorney for Defendant
HERBERTH NOEL AYALA

United States District Court

Northern District of California

| UNITED STATES OF AMERICA, | ) | CR No. 3:13-CR-00030-RS-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AS |
| v. | ) | TO DEFENDANT HERBERTH NOEL AYALA |
| HERBERTH NOEL AYALA, | ) | |
| Defendant. | ) | |

Defendant HERBERTH NOEL AYALA, by and through his counsel undersigned, the United States of America, through Assistant United States Attorney LAURA ELIZABETH VARTAIN HORN, and the United States Probation Office, through U.S. Probation Officer INSA AMINA BEL'OCHI, hereby stipulate and respectfully request that the Court vacate the Sentencing Hearing in the above-captioned case, currently set for Tuesday, October 8, 2013, at 02:30 p.m., and reset it for Tuesday, December 17, 2013, at 02:30 p.m.

This is the parties' first request to continue the Sentencing Hearing as to Defendant Ayala. The parties last appeared before the Court on July 9, 2013, when the change of plea was entered as to defendant Ayala (Dkt. No. 22).

Defense counsel for the Defendant began trial on a fifty-one

1  count molestation case in Contra Costa County on Friday, September
2  20, 2013, and this trial is expected to last through approximately
3  Friday, October 18, 2013.
4      On Friday, August 30, 2013, U.S. Probation Officer Insa Amina
5  Bel'Ochi saw Defendant in custody for the second time and concluded
6  the probation interview. The probation interview was significantly
7  delayed due to the unavailability of both defense counsel and
8  Probation Officer Bel'Ochi due to illness and previously scheduled
9  court hearings.
10     The requested continuance is necessary to allow for the Proposed
11 Presentence Report to be completed and disclosed to all parties
12 pursuant to Fed. R. Crim. P. 32(b)(6), and to allow the parties
13 reasonable time to thoroughly review the proposed report and submit
14 their written responses pursuant to Crim. L.R. 32-4(b).
15     U.S. Probation Officer Insa Amina Bel'Ochi has no objection to
16 the parties' request and joins in this stipulated request to continue
17 the Sentencing Hearing as she has represented that she will require a
18 substantial amount of time to draft and then finalize the report.
19     For the above-stated reasons, the Defendant, defense counsel,
20 and the government stipulate and respectfully request that the Court
21 vacate the Sentencing Hearing currently set for Tuesday, October 8,
22 2013 and reset it for Tuesday, December 17, 2013, at 2:30 p.m.
23
24     **IT IS SO STIPULATED.**
25
                                    Respectfully submitted,
26
27 DATED: September 20, 2013          /s/ ACB_____ ____
                                    ANNE CATHERINE BELES,
28                                  Attorney for *HERBERTH N. AYALA*

1  DATED: September 20, 2013        /s/ IAB_____
                                    INSA AMINA BEL'OCHI
2                                   U.S. Probation Officer

3

4  DATED: September 20, 2013        /s/ LEVH_____
                                    LAURA ELIZABETH VARTAIN HORN,
5                                   Assistant U.S. Attorney

6                                   MELINDA HAAG
                                    United States Attorney
7

8

9

10

11        **IT IS SO ORDERED.**

12

13  DATED: 9/23/13_____

14

15
                                    _____
16                                  HON. RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28