EMILIO T. PARKER (Cal. Bar No. 276310)
ANNE C. BELES (Cal. Bar No. 200276)
    One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
    Telephone: (510) 836-0100
    Facsimile: (510) 832-3690
    E-mail:    beleslaw@yahoo.com

Attorneys for Defendant
HERBERTH NOEL AYALA

United States District Court

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 3:13-CR-00030-RS-1 |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | CONTINUING SENTENCING HEARING AS |
| v. ) | TO DEFENDANT HERBERTH NOEL AYALA |
| ) | |
| HERBERTH NOEL AYALA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant HERBERTH NOEL AYALA, by and through his counsel undersigned, the United States of America, through Assistant United States Attorney LAURA ELIZABETH VARTAIN HORN, and the United States Probation Office, through U.S. Probation Officer INSA AMINA BEL'OCHI, hereby stipulate and respectfully request that the Court vacate the Sentencing Hearing in the above-captioned case, currently set for Tuesday, February 4, 2014, at 02:30 p.m., and reset it for Tuesday, March 11, 2014, at 02:30 p.m.

This is the parties' third request to continue the Sentencing Hearing as to Defendant Ayala (Dkt. 24, 26). The parties last appeared before the Court on July 9, 2013, when the Change of Plea was entered as to defendant Ayala (Dkt. No. 22).

1
STIPULATION AND ORDER CONTINUING SENTENCING HEARING

1    U.S. Probation Officer Insa Amina Bel'Ochi has concluded the
2 probation interview, but requires additional time to complete the
3 Proposed Presentence Investigation Report for disclosure to the
4 parties.
5    Accordingly, the parties stipulate and respectfully request that
6 the Court continue the Sentencing Hearing on this matter to allow
7 U.S. Probation Officer Insa Amina Bel'Ochi additional time to
8 complete the Proposed Presentence Investigation Report for disclosure
9 to the parties pursuant to Fed. R. Crim. P. 32(b)(6), and to allow
10 the parties reasonable time to thoroughly review the proposed report
11 and submit their written responses pursuant to Crim. L.R. 32-4(b).
12    For the above-stated reasons, the Defendant, the government, and
13 the Office of Probation respectfully request that the Court vacate
14 the Sentencing Hearing currently set for Tuesday, February 4, 2014
15 and reset it for Tuesday, March 11, 2014, at 2:30 p.m.

17    **IT IS SO STIPULATED.**

19                                         Respectfully submitted,

21 DATED: January 28, 2014                 /s/ ETP_____ _____
                                           EMILIO TOMAS PARKER,
22                                         Attorney for *HERBERTH N. AYALA*

23 DATED: January 28, 2014                 /s/ ACB_____ _____
                                           ANNE CATHERINE BELES,
24                                         Attorney for *HERBERTH N. AYALA*

26 DATED: January 28, 2014                 /s/ IAB_____
                                           INSA AMINA BEL'OCHI,
27                                         U.S. Probation Officer

28

| | | |
|---|---|---|
| 1 | DATED: January 28, 2014 | /s/ LEVH_____ |
| 2 | | LAURA ELIZABETH VARTAIN HORN, Assistant U.S. Attorney |
| 3 | | |
| 4 | | MELINDA HAAG<br>United States Attorney |

8  **IT IS SO ORDERED.**

10  DATED: 1/29/14_____

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE